# *"Scam" Article*

## Exhibit 1

Advertisement - scroll for more content

**INVESTIGATIONS**

# This Indianapolis charity says it helps police. Police chiefs say it's a scam.

**James Briggs** and **Ryan Martin** IndyStar

Published 6:00 a.m. ET Mar. 17, 2019 | Updated 10:02 a.m. ET Mar. 18, 2019

    

The organization has raised its profile through social media and been cited by media as experts representing law-enforcement interests.

Exhibit 1



**Indiana nonprofit scrutinized for police fundraising practices**
The National Police Association, based in Indianapolis, says it seeks donations to help law-enforcement agencies fight crime. However, its fundraising practices have raised concerns. *Dwight Adams, dwight.adams@indystar.com*

An elderly man in Trenton, Michigan, received a dire letter that warned about the "greatest threats to our public safety in our nation's history."

The solution, the letter says, is clear: "Give our law enforcement officers the crime prevention tools they need." A donation of $10, $15 or $25 would help keep communities like Trenton safe.

Donations, however, aren't directed to the Trenton Police Department — or typically any other police agency, for that matter. Instead, the money makes its way to a new nonprofit based in Indianapolis.

At least four police departments in four states have found the letters to be confusing and misleading enough to issue "scam alerts" in their communities. One police chief even reported the operation to a federal postal investigator.

Advertisement

Exhibit 1

"I'm thinking, 'What the hell is this, using our name and our police department to raise funds?'" Trenton Police Lt. Mike Hawkins told IndyStar. "Get out of here."

The group behind the letters is the National Police Association, a nonprofit that raised more than $100,000 in its first 10 months, according to a 2017 tax filing, largely through letters critics say use fear-mongering language to target vulnerable people.

The National Police Association has been flagged for scam alerts at police departments around the country. *Stephen J. Beard/IndyStar*

And the president of the National Police Association is a 59-year-old Hamilton County man named Eddie Hutchison, who says he volunteers just a few hours each week to the cause.

By day? He works for the Indiana attorney general's office as a fraud investigator.

Hutchison did not agree to an interview request. But several IndyStar questions sent to Hutchison were answered through a local attorney, Derek R. Peterson, who is listed as the nonprofit's treasurer. Peterson also previously worked for the Indiana attorney general.

Exhibit 1

**We live here, work here and fight for you.** Help us make Central Indiana better.

**Indianapolis crime:** This condo complex is 'McDonald's for drugs'

Peterson and Hutchison deny any characterization that they're running a scam. Neither are paid by the organization, according to the tax filing. They say their volunteer activities are separate from their professional lives.

Indiana Attorney General Curtis Hill's office declined an interview request. When presented with a list of questions, including whether Hill found the scam accusations against the National Police Association to be problematic, Hill's spokesman Chris Proffitt issued a brief statement: "Our office has no association with the National Police Association, nor did we have prior knowledge of the employee's association with this group."

**Your stories live here.**

Fuel your hometown passion and plug into the stories that define it.

[Create Account]

At a time of overheated political rhetoric, the National Police Association is hauling in money and gaining attention by leaning into culture wars. In fundraising letters,

Exhibit 1

it paints a dystopian picture of communities and police departments under attack. In press releases and legal filings, it advocates for criminal justice policies.

Beyond Hutchison and Peterson, an IndyStar investigation could only confirm the identity of one other person formally involved with the organization. Another person, who was initially named as a vice president, has denied knowledge of the nonprofit. Two other names included in documents tied to the National Police Association could not be found by IndyStar.



A National Police Association fundraising letter was flagged as a scam by the Trenton Police Department in Michigan. Provided By Trenton Police Department

Hutchison has an eclectic background, including a brief congressional run in the 1990s, guest spots on talk radio and past jobs in the sport of boxing and operating USA Dream Girl, a model search website that displayed photographs of scantily-clad women and then asked users to rate their appearances. In 2016, according to his bankruptcy filing that year, Hutchison owed more than $13,000 in taxes to the Internal Revenue Service dating back 10 years.

The National Police Association, which was formed in 2017, is not a membership organization. Its only physical presence is a P.O. Box in Indianapolis. With no paid staff, the nonprofit is run by three volunteers.

Exhibit 1

Yet despite his nonprofit's infancy and small size, Hutchison has pushed his nascent organization into national conversations by advocating for conservative criminal justice policies alongside more established law enforcement groups — at times, appearing to benefit from a name that sounds official and implies police membership.



Advertisement

The organization has solicited donations in at least 40 states, Hutchison told an Oregon journalist. Indiana is not one of them, Peterson told IndyStar. Although the fundraising letters promise to direct money toward crime prevention tools, the money typically pays for activities such as urging a boycott of Nike over Colin Kaepernick's ad campaign and filing a court document in support of the Ferguson, Missouri, police officer who fatally shot Michael Brown.

If the National Police Association's objectives are political, Peterson said so too is the reason for the backlash by police chiefs against the organization.

"The NPA is well-aware that there are many individuals in and around law enforcement, who take positions contrary to the educational and advocacy efforts of the NPA," Peterson wrote in a statement.

## 'It's a scam'

The National Police Association's fundraising letters raise different issues depending on the city.

Exhibit 1

Fundraising letters in Germantown, Wisconsin, last year falsely warned that Germantown is a sanctuary city, a term that refers to states and municipalities that do not cooperate with federal immigration enforcement.

"Countless Americans have already been robbed, mugged, raped and even murdered as a direct result of Sanctuary policies of allowing known criminals to remain on the streets," one copy of a National Police Association letter says, adding, "your gift of $15 is needed to reach citizens like you ... so they realize the kind of risks they're facing because their elected officials have allowed their communities to become sanctuaries for violent criminals."



Advertisement

Germantown Police Chief Peter Hoell told IndyStar the group "must not have researched the demographics."

"It's so far-fetched, especially if you know Germantown," Hoell said of the sanctuary city claim. "It's a highly conservative community."

Hoell told residents to disregard the letter. He also reported the National Police Association to the U.S. Postal Inspection Service over what he considered to be fraudulent mail.

"It's a scam," Hoel said. "It's no different than any other scam — just a different angle."

Hoell said he typically does not receive updates after reporting fraudulent mail so

Exhibit 1

it's unclear what the status of any investigation might be.

In response to questions from IndyStar, the National Police Association insisted it does not misrepresent itself. The nonprofit, which first incorporated in Delaware and then registered in Indiana, also said it does not raise money or advocate for policy positions in Indiana.

"The NPA utilizes a third-party company to conduct fundraising," Peterson said.



The National Police Association outsources its fundraising to Virginia-based Direct ... ly known as Watson & Hughey. ... early 1990s after a scandal in which it collected millions of dollars for a defunct Carmel organization, the United Cancer Council, which had its nonprofit status revoked by the IRS, according to The NonProfit Times, a trade publication.

Exhibit 1

**BlackRock.**  Learn more at blackrock.com

Direct Response Consulting Services declined to comment on the record regarding its fundraising letters on behalf of the National Police Association.

Peterson said both the fundraising company and the National Police Association comply with the law. Peterson dismissed as unfair and unsubstantiated allegations from police departments that the National Police Association's fundraising letters used scam tactics.

"The Police Chiefs that you refer to have not made those assertions to the NPA," Peterson said. "The NPA does not know the basis of such alleged comments, nor the context of such comments. Further, the NPA is reasonably certain that if you asked them whether they had contacted the NPA (to) express any such concerns, there (sic) response would have been 'no.'"

That's not true, said Laura Houston, the chief of the Belle Isle Police Department in Florida. When people in her community started receiving mail that claimed they lived in a sanctuary city, Houston said she called the phone number listed on the National Police Association's website and left a voicemail message. She said she did not hear back.

Houston, noting that her city has a large population of elderly residents, said the letter was crafted as "pleas to those who are easily preyed upon." Belle Isle on March 6 posted a message to Facebook telling residents that "Belle Isle is not a sanctuary city and efforts to contact the National Police Association have been unsuccessful."

"I can't substantiate that this is a legitimate organization and the fact that it announces we are a sanctuary city, and we're not, that is enough for me to

Exhibit 1

recommend our residents not send something out," Houston told IndyStar.

Advertisement



Scholarships Build Care for Our Community

Learn More

MCV Foundation
VCU Health.

When asked by IndyStar to provide names of police officers who could say how the nonprofit helped them, the National Police Association gave one example.

Richard Bennett, a sheriff's deputy in Dane County, Wisconsin, told IndyStar he was running low on safety brochures that he hands out at community events. He found the National Police Association's website through Google and sent an email to see if the nonprofit could help him out.

"We got like 3,000 brochures from them," Bennett said. "There was no money exchanged. I was pleasantly surprised with how easy it was. On my end, I can say it worked out nicely."

While the National Police Association said it generally does not donate to police departments, Peterson highlighted that interaction — and the estimated cost of $1,000 — to show how it can support law enforcement.

**Reporting this story took time.** Support reporters who bring you news that matters.

## 'Where's the rest of the money going?'

The National Police Association spent more than $217,000 in its first year, according to its 990 tax document in 2017 — which is more than twice as much as it received in donations.

Exhibit 1

Fundraising expenses alone totaled nearly $107,000. All of its revenue — $103,000 — resulted from donations collected through Direct Response Consulting Services' national letter campaign.

Jamie Levine Daniel, a nonprofit management professor who reviewed the tax document for IndyStar, said it's difficult to assess a nonprofit's spending behavior using only one year of information.

But one thing about the National Police Association's tax document stood out: Only 25 percent of the group's spending went to programming. A number that low, she said, raises questions about why an organization isn't spending more money on its core mission.

"I'm not going to tell you what the right number is, because I don't know," said Levine Daniel, a professor at the Paul H. O'Neill School of Public and Environmental Affairs at Indiana University. "But 25 percent is not a great look. And it makes me say, 'Where's the rest of the money going?'"

Peterson said the National Police Association is paying for attorneys, media communications and fundraising.

Exhibit 1

"I am not surprised that they have a deficit — that their numbers on the surface don't look that great — because it is the first year of operation," Levine Daniel said. "So, I'd hesitate to label or classify the organization based on the numbers."

Peterson made a similar point in response to IndyStar's question about the National Police Association's low spending on program activities.

"It is the NPA's understanding that it takes time to come by repeat donors," he said.
"It is the participation of repeat donors that lowers the fundraising expense."

## Listed VP hadn't heard of organization

Fred Berns does not recall agreeing to become an officer for the National Police Association.

Berns, 79, a former boxing promoter, was listed as vice president in a July 2017 filing with the state. Berns told The Baltimore Sun he knew Hutchison, but was not familiar with his latest venture.

"He's always got something going like that," Berns told The Sun. "He's a pretty bright kid."

Hutchison said in a statement to IndyStar that he approached Berns about joining the organization in 2017, but soon after "there were other events whereby it was determined it wasn't for the best."

Berns did not respond to three IndyStar phone calls and one voicemail seeking comment.



Exhibit 1

The National Police Association's only physical presence is a P.O. Box inside an Indianapolis post office at 8710 Bash Street in Indianapolis, on Wednesday, March 13, 2019. *Michelle Pemberton/IndyStar*

Berns is among three names that show up in National Police Association documents and correspondence whose official roles with the organization could not be verified by IndyStar.

Until recently, the National Police Association listed a treasurer named Arnold Musungu, whose name is also spelled as Munsungu in some filings. Its press releases include a contact for Adam Colton, a name that has appeared on statements relating to Hutchison's businesses dating back to at least 2003, when he was listed as a media contact in a press release announcing the monthly winner of a USA Dream Girl model search.

IndyStar could not find records for anyone with Colton's or Musungu's names who might have a role with the National Police Association.

The National Police Association provided IndyStar with contact information for Berns and Brad Shaw, who is listed as the organization's secretary. But, in response to questions about the existence of Colton and Musungu, the nonprofit declined to offer details that would help locate them.

Hutchison said he would "reach out to Adam Colton." Peterson added, "Arnold Musungu was replaced as treasurer" by himself.

## Media fuels the National Police Association's rise

The National Police Association has quickly succeeded at positioning itself as an expert representing the views of law enforcement.

The National Police Association is the latest venture for a founder who has spent more than two decades honing his media skills. Hutchison's background includes providing radio commentary and publishing a political newsletter called the Indiana Conservatives' Letter.

"I find the Republican party to be more supportive of law enforcement than other parties," Hutchison said in response to a question about how his past prepared him to run the National Police Association.

Exhibit 1

Now, armed with a trustworthy name while serving a hungry media, the National Police Association has filled a news vacuum with everything from tips on staying safe during the holidays to commenting on criminal justice issues — all the while raising donations with the implication it's directly supporting local police.

Instead, the National Police Association is focused on sending fiery press releases, filing friend-of-the-court briefs and submitting statements through social media that dive into hot-button political issues, such as saying the ACLU consists of "activists who represent cop killers."

The group started a Change.org petition and created its first political Facebook ad to urge people to boycott Nike over the company's ad featuring former NFL quarterback Colin Kaepernick. Kaepernick famously knelt during the playing of the national anthem to protest what he considered police injustice.



A profile on candidate Ed Hutchison from the Sept. 6, 1993, edition of The Indianapolis News. *The Indianapolis Star*

The National Police Association's tactics appear to be working.

In April 2018, The Cincinnati Enquirer called it a "national police group" and quoted from a statement in a nine-paragraph story about a man accused of shooting at police officers.

In December 2018, the Boston Herald and an NBC affiliate devoted articles to the group's complaint against a progressive prosecutor, Rachael Rollins, who pledged not to charge people for actions such as drug possession or resisting arrest.

Last month, The Baltimore Sun wrote about the group's letter urging President Donald Trump to water down a federal consent decree in the city.

But it's not just the media that have given the National Police Association an elevated status in the law enforcement world.

The established National Sheriffs' Association, whose president is former Marion County Sheriff John Layton, teamed with the National Police Association and two other organizations last September. Together, they filed an amicus brief opposing California's sanctuary state law.

Exhibit 1

# National Police Association Calls On Law Enforcement Supporters To Boycott Nike




National Police Association started this petition to media.relations@nike.com

According to the National Law Enforcement Officers Memorial Fund a total of 1,511 law enforcement officers died in the line of duty during the past 10 years, an average of one death every 58 hours or 151 per year. There were 129 law enforcement officers killed in the line of duty in 2017.

Nike, however, has a different example of sacrificing everything. Nike's example of someone who proclaims to have sacrificed everything is alive and well. Nike's example, Colin Kaepernick, has as of September 3, 2018 kicked of their new "Just Do It" campaign with an ad that reads, "Believe in something. Even if it means sacrificing everything."

In a Change.org petition, the National Police Association called for a boycott of Nike. *Screenshot Of Change.org Petition*

Patrick Royal, a National Sheriffs' Association spokesman, told IndyStar he did not know how the National Police Association joined the brief.

"You're used to the other guys," Royal said, referring to well-known groups such as the International Association of Chiefs of Police and the National Fraternal Order of Police. "It's not a great excuse, but there's a lot of people on (the brief) and someone maybe got (Hutchison) to sign on."

Although the National Police Association has been portrayed as an expert on criminal justice policy and as an advocate for local law enforcement, it is virtually unknown to police officials.

Police organizations in the nonprofit's hometown — the Indianapolis Metropolitan Police Department, Marion County Sheriff's Office and Indianapolis Fraternal

Exhibit 1

Order of Police — told IndyStar they've never heard of it.

Neither had the leader of the national FOP when contacted by the Baltimore Sun last month.

Nor had Todd Scheffler, the police chief in Trenton, Michigan.

Amid all the questions about what the National Police Association does, Scheffler knows what it doesn't do: give money to his police department.

"People think they're doing something beneficial to the community (by donating) and the community doesn't see any benefit from this," Scheffler said. "They're just giving money to somebody. We don't know who this is. It comes back to a P.O. Box."

*Contact IndyStar reporter Ryan Martin at 317-444-6294 or ryan.martin@indystar.com. Follow him on Facebook or Twitter: @ryanmartin*

*Contact IndyStar reporter James Briggs at 317-444-6307. Follow him on Twitter: @JamesEBriggs.*

**DIG DEEPER**
**The Toll**

→ Mayor Hogsett promised to reform IMPD. 2 years later, African Americans are still waiting.

→ Once, this was a dream community. Now it's 'McDonald's for drugs.'

→ Sign up: The Toll newsletter explores why Indy is enduring violence

Exhibit 1