*AP Letter*

**Exhibit 9**

JAMES BOPP, JR.
jboppjr@aol.com

# THE BOPP LAW FIRM, PC
ATTORNEYS AT LAW

THE NATIONAL BUILDING
1 South Sixth Street
TERRE HAUTE, INDIANA 47807-3510
Telephone 812/232-2434   Facsimile 812/235-3685
www.bopplaw.com

_____

February 19, 2021

George Garties
The Associated Press – Indiana
201 No. Illinois Street
#1245
Indianapolis, IN 46204
ggarties@ap.com

Re: False and Defamatory Statements Against the National Police Association

cc: Karen Kaiser, General Counsel
The Associated Press
kkaiser@ap.org

Dear Mr. Garties,

    On behalf of our client the National Police Association ("NPA"), you are hereby served notice pursuant to IC 34-15-4-2 that the article published by the Associated Press on March 18, 2019 titled "Police question authenticity of nonprofit's fundraising" contains false and defamatory statements, and the National Police Association demands a full and fair retraction. Specifically, the numerous references to NPA's fundraising efforts as a "scam" are false and defamatory. Furthermore, the various claims made in the article by municipalities alleging the NPA is not a legitimate organization and that the NPA made false claims in fundraising letters are false. Three of the referenced municipalities have retracted statements forming the basis for the article, clarifying that the NPA is a legitimate organization and clarifying the truth of the facts referenced by the fundraising letters.

    NPA has not and does not engage in any unlawful practices in raising funds, and complies with all registration and reporting to the IRS as a 501(c) organization as well as applicable state requirements. NPA's fundraising is not a scam and never has been a scam, and statements to the contrary are false and defamatory.

    The above article contained the statement that "Germantown Police Chief Peter Hoell said residents in his Wisconsin village received such letters, though it isn't a sanctuary city. 'It's a scam,' Hoell said. 'It's no different than any other scam — just a different angle.'" Germantown has since acknowledged the legitimacy of the NPA as a registered organization, and retracted the false claim that they were not in a sanctuary area at the time the letter was sent.

Exhibit 9

Karen Kaiser, General Counsel
February 19, 2021
Page 2

The city clarified that Germantown is part of the Milwaukee Metropolitan area, which passed a sanctuary resolution. Their retraction letter may be found at:
https://nationalpolice.org/dev/wp-content/uploads/2020/12/Germantown-retraction-letter.pdf

    The above article also included a claim that the NPA sent fundraising letters purporting to raise funds for Trenton law enforcement. This claim was retracted as false by Trenton Police Department, clarifying that their department name was not used in fundraising letters nor was there a claim by the NPA that funds were solicited for the Trenton Police Department. They also acknowledged that the NPA is a properly registered organization, and removed any reference to a "scam" from their website. Furthermore, Trenton Police Department revised their Facebook post clarifying that "The National Police Association is an official organization." The post has since been deleted, but a screenshot may be found here:
https://nationalpolice.org/dev/wp-content/uploads/2020/09/Trenton-PD-Facebook-Post-Revised.pdf

    The above article also referenced that "Critics also said the nonprofit's letters target vulnerable people and use fear-mongering language, citing instances in which the organization sent letters wrongly telling the recipients that they lived in a 'sanctuary city,'" as well as "Agencies in Wisconsin, Florida and Indiana have also raised concerns about the group's authenticity." This is presumably referencing statements from Laura Houston in Belle Isle, Florida reported by the Indianapolis Star stating that Belle Isle is not a sanctuary city, and that the NPA fundraising letter "was crafted as 'pleas to those who are easily preyed upon.'" The City of Belle Isle has since retracted these statements, clarifying that Belle Isle is in Orange County which is a sanctuary area. The post further acknowledged the legitimacy of the NPA as an official organization. That Facebook post may be found here:
https://facebook.com/permalink.php?story_fbid=1969954443313028&id=1784466608528480

    In reference to the statement "Agencies in Wisconsin, Florida and Indiana have also raised concerns about the group's authenticity," as described above, each agency in these states have since recognized the legitimacy of the NPA as an organization and retracted statements to the contrary.

    The National Police Association has been subject to undue harm to its reputation because of the false and defamatory statements in the article. The allegation of the organization as a "scam" has appeared on the first page of Google search results for the organization since the article's publication in March of 2019. The article and "scam" reference has been cited and republished by other news organizations, as well as being the subject of numerous social media posts. A "scam," of course, is "an illegal plan for making money, especially one that involves tricking people," The Cambridge English Dictionary, Scam, and is defamatory per se.

    Pursuant to IC 34-15-4-3, the National Police Association hereby demands a full and fair retraction of the above referenced false and defamatory statements by the Associated Press

Exhibit 9

Karen Kaiser, General Counsel
February 19, 2021
Page 3

published in the same manner as the original defamatory article, fairly stating that such statements are false and fully retracted by the Associated Press. With three sources now disclaiming previously made statements upon which the article is based and facts demonstrating the false and defamatory nature of the "scam" accusation, this article must be retracted. We understand that this article is based on reporting by the Indianapolis Star. The Indianapolis Star has also been made aware of the falsity of the statements in their reporting and have been served with a demand for retraction as well.

    Accordingly, please specifically issue a retraction of the following statements:

"Police departments in at least four states have raised concerns about an Indianapolis-based nonprofit, alleging the group conducts fundraising scams targeting vulnerable people under the guise of raising money for law enforcement."

"The Trenton Police Department in Michigan is among the agencies that have issued scam alerts about letters sent by the National Police Association"

"The letters indicate the group is raising money for law enforcement in the Trenton area,"

"Agencies in Wisconsin, Florida and Indiana have also raised concerns about the group's authenticity."

"Critics also said the nonprofit's letters target vulnerable people and use fear-mongering language, citing instances in which the organization sent letters wrongly telling the recipients that they lived in a 'sanctuary city,'"

"Germantown Police Chief Peter Hoell said residents in his Wisconsin village received such letters, though it isn't a sanctuary city. 'It's a scam,' Hoell said. 'It's no different than any other scam — just a different angle.'"

    Furthermore, we ask that you do not republish the false and defamatory article by leaving the article publicly available on the Associated Press website after the receipt of the letter. Under the modern rule of continuing publication, a defamatory statement is deemed to be republished if, after becoming aware of its false and defamatory nature, the publisher leaves the publication on the publisher's website subject to continuing access by third parties. *See Taub v. McClatchy Newspapers, Inc.*, 504 F. Supp. 2d 74, 79 (D.S.C. 2007), holding that under the continuing publication rule, a newspaper allowing a defamatory news article to remain on the publisher's website after being made aware of its false and defamatory nature constituted a republication.

    While the issue has not been resolved whether Indiana follows either the continuing publication rule or the single publication rule, we are prepared to litigate the issue. We believe

Exhibit 9

Karen Kaiser, General Counsel
February 19, 2021
Page 4

the court is likely to adopt the modern continuing publication rule, in light of modern technology and the internet ensuring third parties will continue to access a publication long after its original publication date making the single publication rule antiquated. Furthermore, according to the Restatement (Second) of Torts § 577, "One who intentionally and unreasonably fails to remove defamatory matter that he knows to be exhibited on land or chattels in his possession or under his control is subject to liability for its continued publication."

    Now that the Associated Press has been clearly made aware of the false and defamatory nature of the article, a republication of such article by allowing it to remain on the Associated Press website is malicious and actionable as defamation. Accordingly, in addition to publishing a suitable retraction, the article must be removed from your website immediately upon receipt of this letter.

    Please advise us immediately if you are willing to comply with our request.

    Sincerely,

    THE BOPP LAW FIRM, PC

    /s/ James Bopp, Jr.

    James Bopp, Jr.

Exhibit 9

Karen Kaiser, General Counsel
February 19, 2021
Page 5

Exhibit 9