UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATIONAL POLICE ASSOCIATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-01116-RLM-DLP |
| ) | |
| GANNETT CO., INC., ) | |
| ASSOCIATED PRESS, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER VACATING TELEPHONIC STATUS CONFERENCE
AND SETTLEMENT CONFERENCE
HON. MAGISTRATE JUDGE DORIS L. PRYOR**

In light of the pending Order Staying the Case Dkt. [37], the Court now **VACATES** the Telephonic Status Conference scheduled for January 19, 2022 at 9:00 a.m. and the in-person Settlement Conference scheduled for February 17, 2022 at 1:00 p.m.

SO ORDERED.

Date: 1/14/2022

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email