UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATIONAL POLICE ASSOCIATION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cv-01116-RLM-DLP ) |
| GANNETT CO., INC., ASSOCIATED PRESS, INC., | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

FINAL JUDGMENT is entered in favor of the Defendants and against the Plaintiff, pursuant to the court's March 16, 2022 order dismissing this case with prejudice.

Date: March 16, 2022

/s/ Robert L. Miller, Jr.
Judge, United States District Court
For the Southern District of Indiana
Sitting by designation

Roger A.G. Sharpe, Clerk
United States District Court

By: Deputy Clerk

Distribution: All electronically registered counsel of record